DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

SANDRA ZIKRY,

Appellant,

v.

HERNIE DAVID VANN, JR., M.D., AMERICAN
ANESTHESIOLOGY OF FLORIDA, INC., LEAH
DILONE, A.A., PC, and "JOHN DOE" UNIDENTIFIABLE
DEFENDANT - ANESTHESIOLOGIST

Appellee.

No. 2D22-2017
_____

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Sandra Zikry, pro se.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort
Lauderdale, for Appellees Hernie David Vann, Jr., M.D., American
Anesthesiology of Florida, Inc., and Leah Dilone, A.A.

No appearance for Appellee "John Doe."

PER CURIAM.

Affirmed.

VILLANTI, LUCAS, and ATKINSON, JJ., Concur.
_____

Opinion subject to revision prior to official publication.